UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **RODNEY TYREE HICKS-BEY** and **SHANTAE HICKS-BEY ESTATE**,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**PETER GOODSTEIN,** *et al.***,**<br><br>　　　　Defendants. | 2:23-CV-10771-TGB-EAS |

## JUDGMENT

In accordance with the Order issued on this date, **IT IS ORDERED AND ADJUDGED** that Plaintiffs' complaint is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan: May 1, 2023.

　　　　　　　　　　　　　　　　KINIKIA ESSIX
　　　　　　　　　　　　　　　　CLERK OF THE COURT

　　　　　　　　　　　　　　　　s/A. Chubb
　　　　　　　　　　　　　　　　Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE